## Bruce SWINFORD, Petitioner,

v.

## DEPARTMENT OF TRANSPORTATION, Respondent.

No. 2010–3025.

United States Court of Appeals,
Federal Circuit.

Dec. 14, 2010.

Jay P. Holland, Joseph, Greenwald & Laake, PA, Greenbelt, Maryland, argued for petitioner. With him on the brief was Puja Gupta.

Jane W. Vanneman, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before LOURIE, CLEVENGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**